## A08A0552. DRYDEN v. THE STATE.
(685 SE2d 422)

MILLER, Chief Judge.

In *Dryden v. State*, 285 Ga. 281 (676 SE2d 175) (2009), the Supreme Court of Georgia reversed the judgment of this Court in *Dryden v. State*, 292 Ga. App. 467 (665 SE2d 341) (2008). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Blackburn, P. J., and Ellington, J., concur.*

DECIDED OCTOBER 8, 2009.

*Troy R. Millikan*, for appellant.

*Lee Darragh, District Attorney, Juliet Aldridge, Alison W. Toller, Assistant District Attorneys*, for appellee.